# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

ERIC and DEBORAH EBERTS,

    Plaintiff,

v.                                                      Case No. 05-C-527

TORGE GODERSTAD, et al.,

    Defendants.

**ORDER DENYING MOTION FOR RECONSIDERATION
AND DIRECTING ENTRY OF JUDGMENT PURSUANT TO RULE 54(b)**

On August 10, 2006, this court entered its Decision and Order granting Defendant American Family's motion for summary judgment on the ground that it had no duty to defend or indemnify its insured in the underlying action. The plaintiffs and American Family's insureds have moved for reconsideration or, in the alternative, a determination that there is no just reason for delay and an express direction for the entry of judgment so an immediate appeal can occur. *See* Fed. R. Civ. P. 54(b).

The motion for reconsideration will be denied. The issues raised by the defendant insureds and the plaintiffs were addressed by the court in its previous Decision and Order. If the court erred in its analysis and determination, then appeal is the appropriate remedy. The request for Rule 54(b) certification, however, which all of the parties join, shall be granted. I find that there is no just reason for delay and hereby direct the clerk to enter final judgment in favor of Defendant American Family Insurance Company in accordance with my decision of August 10, 2006.

**SO ORDERED** this   8th   day of September, 2006.

                                                          s/ William C. Griesbach
                                                          William C. Griesbach
                                                          United States District Judge