AO 450 (Rev. 5/85) Judgment in a Civil Case ®

# United States District Court

EASTERN DISTRICT OF WISCONSIN

ERIC G. EBERTS and DEBORAH R. EBERTS,

    Plaintiffs,

v.

TORGE GODERSTAD and
SVETLANA GODERSTAD
a/k/a Suzanne Goderstad,

    Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No. 05-C-527

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court for consideration.

    **IT IS HEREBY ORDERED AND ADJUDGED** that Judgment is entered in favor of Plaintiffs Eric G. Eberts, M.D. and Deborah R. Eberts and against Defendants Torge Goderstad and Svetlana Goderstad a/k/a Suzanne Goderstad in the amount of $140,000.00.

Approved:    s/ William C. Griesbach
                    WILLIAM C. GRIESBACH
                    United States District Judge

Dated: May 20, 2010.

JON W. SANFILIPPO
Clerk of Court

s/ Mary Fisher
(By) Deputy Clerk